IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN HERBERT<br><br>*Plaintiff*,<br><br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC. AND AFFILIATES LONG-TERM DISABILITY PLAN<br><br>*Defendant*. | CIVIL ACTION<br>NO. 14-04600 |

### ORDER

**AND NOW**, this 8th day of February, 2016, upon consideration of Defendant the PNC Financial Services Group, Inc. And Affiliates Long-Term Disability Plan ("Defendant") (ECF No. 25), Plaintiff Kathleen Herbert's Response in Opposition (ECF No. 26), and Defendant's Reply (ECF No. 27), it is **ORDERED** that Defendant's Motion is **GRANTED.**  Judgment is entered in favor of Defendant and against Plaintiff.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.